UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JAMIL GULMANN SHIHAB, p/k/a
JAMIL GS, an individual,

                Plaintiff,

     -against-

COMPLEX MEDIA, INC., a Delaware
Corporation; and DOES 1-10,

                Defendants.

------------------------------------------------------------x

21-cv-6425 (PKC)

ORDER

CASTEL, U.S.D.J.

       The Initial Pretrial Conference in this case is continued to September 2, 2022 at 12:30 p.m.  The conference will be held telephonically.  Dial-In: (888) 363-4749, Access Code: 3667981.  The parties are directed to consult the undersigned's Individual Practices available on the Court's website, including the practices regarding a Proposed Case Management Plan and Scheduling Order.

       SO ORDERED.

                                                  P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       August 18, 2022