> Application GRANTED. Complex Media's deadline for filing its answer is extended to October 17, 2022. Initial conference is adjourned from September 2, 2022 to October 24, 2022 at 12:30 p.m. The conference will proceed telephonically. Dial-In No.: 1-888-363-4749, Access Code: 3667981.
> SO ORDERED.
> Dated: 8/26/2022
>
> *P. Kevin Castel*
> United States District Judge

**NANCY A. DEL PIZZO**
Partner
(201) 287-2472
nancy.delpizzo@rivkin.com

August 26, 2022

**VIA ECF**
The Hon. P. Kevin Castel, U.S.D.J.
The United States District Court for the
Southern District of New York
United States Courthouse, Courtroom 11D
500 Pearl Street
New York, New York  10007

Re:   *Jamil Gullmann Shihab, p/k/a Jamil GS, an individual v. Complex Media, Inc.*, a Delaware corporation; and DOES 1-10, 1:21-cv-6425 (PKC) (SLC)

Dear Judge Castel:

    We represent defendant, Complex Media, Inc. ("Complex Media") and write jointly with plaintiff to ask the Court to adjourn the upcoming initial conference scheduled for September 2, 2022 by 45 days until October 17, 2022 and extend Complex Media's deadline for filing its answer, currently August 31, 2022, until the same date, October 17, 2022. No adjournment or extension of the date was previously sought. The parties have initiated discussions toward resolving the matter and seek the extension for that purpose.

    We thank the Court for its time and consideration.

Respectfully submitted,

RIVKIN RADLER LLP

*s/ Nancy A. Del Pizzo*
Nancy A. Del Pizzo

c:  Counsel of Record (via ECF)

5952259.v1